# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 3, 2016

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MARCUS MATTHEWS, and** | : | **VIOLATIONS:** |
| **ANTONIO REID,** | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm and** |
| | : | **Ammunition by a Person Convicted of a** |
| | : | **Crime Punishable by Imprisonment for a** |
| | : | **Term Exceeding One Year)** |
| | : | **18 U.S.C. § 924(q)(2)(A)** |
| | : | **(Unlawful Possession of a Firearm in a** |
| | : | **School Zone)** |
| | : | **18 U.S.C. § 922(k)** |
| | : | **(Unlawful Possession of a Firearm with** |
| | : | **an Obliterated Serial Number)** |
| | : | **22 D.C. Code § 4504(a) (2001 ed.)** |
| | : | **(Carrying a Pistol Without a License** |
| | : | **[Outside of Home or Place of Business]** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d),** |
| | : | **21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about January 18, 2017, within the District of Columbia, **MARCUS MATTHEWS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2010-CF2-15986, did unlawfully and knowingly receive and possess firearms, namely, a Titan .25 caliber semi-automatic pistol, and a Schmeisser GSG MP40 .22 caliber semi-automatic rifle and did unlawfully

and knowingly receive and possess ammunition, namely, .25 caliber and .22 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about January 18, 2017, within the District of Columbia, **MARCUS MATTHEWS** and **ANTONIO REID**, did knowingly possess firearms, namely, a Titan .25 caliber semi-automatic pistol, and a Schmeisser GSG MP40 .22 caliber semi-automatic rifle, that had moved in interstate and foreign commerce, within a distance of 1,000 feet of the grounds of Stanton Elementary school, a place that the defendants knew and had reasonable cause to believe was a school zone.

>(**Unlawful Possession of a Firearm in a School Zone**, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4))

## COUNT THREE

On or about January 18, 2017, within the District of Columbia, **ANTONIO REID**, knowingly possessed a firearm, that is, a Schmeisser GSG MP40 .22 caliber semi-automatic rifle, that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered and obliterated.

>(**Unlawful Possession of a Firearm with an Obliterated Serial Number**, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B)

## COUNT FOUR

On or about January 18, 2017, within the District of Columbia, **ANTONIO REID**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License** [Outside Home or Place of Business], in violation of Title 22, District of Columbia Code, Section 4504(a) (2001 ed.))

## FORFEITURE ALLEGATION

1. Upon conviction of any of the offenses alleged in Counts One, Two and/or Three of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of these offenses, including but not limited to, a Titan .25 caliber semi-automatic pistol, a Schmeisser GSG MP40 .22 caliber semi-automatic rifle, .25 caliber ammunition and .22 caliber ammunition.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

      (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.